**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **NO. 1:22-CR-00041-001 (LAG)** |
| **TIMOTHY LEE JONES** | |

On June 25, 2026, a Petition for a Warrant or Summons for Offender Under Supervision was filed alleging violations of Supervised Release:

1) Failed to report to the probation office as instructed;
2) Failed to follow the instructions of the probation officer;
3) Failed to work regularly at a lawful occupation; and
4) Failed to obtain approval from the probation office before moving.

The defendant appeared before this Court for a Final Revocation Hearing on August 27, 2026, and admitted the violation as outlined in the petition. The violations were held in abeyance pending the defendant's completion of inpatient substance abuse treatment at Christian Recovery Substance Abuse Program in Dublin, Georgia.

**ORDER**

Therefore, it is an order of this Court that, the defendant be released from custody and report to the Christian Recovery Substance Abuse Treatment Program within 24 hours of release.

SO ORDERED this 27th day of August, 2026.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE

Prepared by: QLB